IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL DAVID,

            Petitioner,

    v.

HARLEY G. LAPPIN,

            Respondent.

NO. C07-4081 TEH

ORDER OF DISQUALIFICATION

     I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of (E)(2) of the Assignment Plan of this Court, request that the case be reassigned.

**IT IS SO ORDERED.**

Dated:   08/13/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT