IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL DAVID,

    Petitioner,

  v.

HARLEY G. LAPPIN,

    Respondent.
                                   /

No. C 07-04081 WHA

**ORDER OF REFERRAL**

        Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Susan Illston for the purpose of determining whether the above-captioned action is related to *United States v. David*, Case No. CR 02-62 SI as defined in Civil Local Rule 3-12(a).

        **IT IS SO ORDERED.**

Dated: August 16, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE