```
                                      VOLUME 4

                                      PAGES 550 - 754

             UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

        BEFORE THE HONORABLE SUSAN ILLSTON, JUDGE

UNITED STATES OF AMERICA,  )
                           )
          PLAINTIFF,       )          COPY
                           )
  VS.                      )          NO. CR 02-0062 SI
                           )
DANIEL DAVID,              )          THURSDAY, MARCH 4, 2004
                           )
                           )          SAN FRANCISCO, CALIFORNIA
          DEFENDANT.       )
_____)


             REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

FOR PLAINTIFF:          KEVIN V. RYAN
                        UNITED STATES ATTORNEY
                        450 GOLDEN GATE AVENUE
                        SAN FRANCISCO, CALIFORNIA  94102
                  BY:   MATTHEW JACOBS,
                        MARK C. PARRENT,
                        ASSISTANT UNITED STATES ATTORNEYS


FOR DEFENDANT:          FOLEY & LARDNER
                        ONE MARITIME PLAZA, SIXTH FLOOR
                        SAN FRANCISCO, CALIFORNIA  94111
                  BY:   THOMAS F. CARLUCCI, ESQUIRE
                        RUSSELL L. CARLBERG, ESQUIRE




REPORTED BY:            DIANE E. SKILLMAN, CSR 4909
                        OFFICIAL COURT REPORTER
```

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (415) 552-5393

1   DANIEL DAVID'S NAME ON IT, OBVIOUSLY THAT ALLOWED US TO FOCUS
2   ON MR. DAVID EARLIER.
3           IF THERE HAD BEEN NO PRINTED NAMES THERE, I STILL
4   WOULD HAVE GONE THROUGH AND SUBPOENAED OR IN SOME WAY OBTAINED
5   THE CHECKS FROM ALL THE VICTIMS -- THE NATIONAL PAYPHONE
6   CLEARINGHOUSE AND SPRINT.
7           I WOULD HAVE ALSO GONE AHEAD AND SUBPOENAED THE
8   RECORDS FOR STEPHEN CORNET BECAUSE THESE, THESE, THE CHECKS
9   WERE MADE OUT, YOU KNOW, WERE PAID INTO STEPHEN CORNET'S
10  ACCOUNT, AT LEAST THE LARGEST CHECKS.
11          AND BY DOING SO, I HAVE NO DOUBT I WOULD HAVE
12  DISCOVERED MR. DANIEL'S INVOLVEMENT BY GOING THROUGH THOSE
13  ROUTES AS WELL.  IT JUST WOULD HAVE TAKEN ME LONGER.
14  Q.  AGENT COFFIN, DID YOU AT SOME POINT IN YOUR INVESTIGATION
15  COME TO A CONCLUSION ABOUT THE EXISTENCE OR NONEXISTENCE OF
16  BILL JANSEN AND DAVE JACOBS?
17  A.  YES, I DID.
18  Q.  WHAT CONCLUSION DID YOU DRAW?
19  A.  I DETERMINED THAT THESE WERE JUST FICTITIOUS NAMES BEING
20  USED.
21  Q.  AND WHAT IS IT THAT YOU BASE THAT CONCLUSION ON?
22  A.  MANY DIFFERENT FACTORS ACTUALLY.
23          FOR INSTANCE, THE DRIVER'S LICENSE THAT --
24  IDENTIFICATION THAT WAS USED FOR WILLIAM JANSEN ENDED UP
25  TURNING OUT TO BE FALSE.

1   Q.  AND WHO IS THAT?

2   A.  DIGITAL ECLIPSE, SCOTT NISBET.

3   Q.  ALL RIGHT.

4       NOW, CAN YOU TELL FROM THIS DOCUMENT WHAT WAS SOLD

5   TO MR. NISBET?

6   A.  YES.

7           MR. PARRENT:  IF WE CAN JUST -- THERE WE GO.

8   BY MR. PARRENT:

9   Q.  COULD YOU RUN THROUGH THIS LIST OF ITEMS AND TELL US WHAT

10  ALL THIS MEANS, ESSENTIALLY WHAT IS BEING PURCHASED HERE?

11  A.  YES.

12          WHAT THE CUSTOMER IS PURCHASING IS A COMPLETE

13  SYSTEM.  THE SYSTEM CONSISTS OF A COMPUTER, SOME SPECIALIZED

14  COMPONENTS THAT GO INTO THE COMPUTER WHICH CAN VARY FROM ORDER

15  TO ORDER, WHICH IS WHY WE HAVE THE INVOICE BROKEN DOWN INTO

16  DIFFERENT SECTIONS, AND THEN WE INSTALL ALSO SOFTWARE, WHICH

17  CAN VARY FROM ORDER TO ORDER.

18          IT ALL WORKS TOGETHER AND FUNCTIONS AS ONE COMPLETE

19  SYSTEM.

20  Q.  OKAY.

21  A.  SO THE FIRST LINE ON THE ORDER, IT'S REALLY TWO LINES, BUT

22  IT'S ONE ITEM AND ONE PRICE, IS THE AUDISYS 24 LINE SOFTWARE,

23  WHICH IS OUR AUTOMATIC DIALING SYSTEM SOFTWARE.

24          THE NEXT ITEM, THE DIALOGIC 16-CHANNEL VOICE AND

25  LOOP START, WHICH IS NSC.  THAT'S A CARD THAT WE INSTALL INSIDE

1   THE COMPUTER, WHICH ALLOWS THE COMPUTER TO PLUG INTO 16 REGULAR
2   TELEPHONE LINES.
3         THE NEXT ITEM, WHICH IS A QUANTITY TWO, ARE TWO,
4   FOUR-PORT ANALOG VOICE BOARDS, WHICH ARE ESSENTIALLY THE SAME
5   FUNCTION AS THE 16-CHANNEL CARD, BUT THEY'RE JUST SMALLER
6   CAPACITY EACH.  SO WE PUT THREE CARDS IN THERE, 16, PLUS FOUR
7   PLUS FOUR MAKES 24-LINE CAPACITY ON THIS PARTICULAR SYSTEM.
8         THEN THE NEXT ITEM, INDUSTRIAL PC IS THE UNIT THAT
9   HOUSES ALL OF THIS.  IT'S FUNCTIONALLY SIMILAR TO A REGULAR PC,
10  BUT IT JUST LOOKS A LITTLE BIT DIFFERENT.  IT PLUGS INTO A RACK
11  AND HAS MORE SPACE TO PLUG ALL THESE BIG CARDS INTO IT.
12  Q.  ALL RIGHT.
13        NOW, IF WE CAN GO TO THE SECOND PAGE OF THIS
14  EXHIBIT, PLEASE.  WHAT IS THIS DOCUMENT?
15  A.  THIS IS AN INFORMATION PAGE THAT WE WOULD GIVE TO
16  PROSPECTIVE CUSTOMERS BASICALLY JUST TO EXPLAIN TO THEM WHAT
17  THE AUTOMATIC DIALING SYSTEM SOFTWARE AND I DON'T KNOW IF IT
18  SPECIFICALLY MAKES REFERENCE TO THE HARDWARE, BUT IT EXPLAINS
19  WHAT THE SOFTWARE OR THE SYSTEM THAT'S RUNNING THE SOFTWARE CAN
20  DO.
21  Q.  IS THIS THE SAME SYSTEM THAT MR. NISBET PURCHASED ACCORDING
22  TO THAT INVOICE?
23  A.  YES.
24        **MR. PARRENT:**  AND IF WE CAN GO TO EXHIBIT 19, THEN
25  WE WILL COME BACK TO THAT LAST EXHIBIT IN A MINUTE.