**United States District Court**
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   DANIEL DAVID,                                No.  CR 02-0062 SI
                                                 No. C 07-04081 SI
9              Petitioner,
                                                 **JUDGMENT**
10     v.
11  HARLEY G. LAPPIN,
12             Respondent.
                                          /
13
14       The petition by Daniel David for writ of habeas corpus is denied, both on the basis of procedural
15  default and on the merits.   Judgment is entered accordingly.
16
17       **IT IS SO ORDERED.  AND ADJUDGED**
18
19  Dated: July 9, 2008
20                                              _____
                                                SUSAN ILLSTON
21                                              United States District Judge
22
23
24
25
26
27
28